An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESLIE WEINBERG,
             Appellant,
vs.
BRIAN HAYMORE, D.D.S.,
INDIVIDUALLY,
             Respondent.

No. 66290

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
   DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Kerry Louise Earley, District Judge
       Stephen Haberfeld, Settlement Judge
       Eglet Prince
       Keating Law Group
       Lauria Tokunaga Gates & Linn, LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

ERK'S ORDER

O)-1947

15-29465